**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 01-2379**

—————————

JULIAN L. MITCHELL,

Petitioner,

versus

NEWPORT NEWS SHIPBUILDING AND DRY DOCK
COMPANY; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

—————————

On Petition for Review of an Order of the Benefits Review Board.
(00-0744)

—————————

Submitted: June 25, 2002          Decided: July 12, 2002

—————————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Matthew H. Kraft, INMAN & STRICKLER, P.L.C., Virginia Beach,
Virginia, for Petitioner. Benjamin M. Mason, MASON, COWARDIN &
MASON, P.C., Newport News, Virginia, for Respondents.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Julian Mitchell seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of long term disability benefits pursuant to the Longshore and Harbor Workers' Compensation Act, 33 U.S.C.A. §§ 901 to 950 (West 2001). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. <u>See</u> <u>Mitchell v. Newport News Shipbuilding and Dry Dock Co.</u>, No. 00-0744 (BRB April 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2